```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

CHARLES TAYLOR, Special
Administrator and Personal
Representative for the
Estate of Kimberly Ann
Taylor, deceased                              PLAINTIFF

    v.            Civ. No. 07-2076

CODY CARPENTER, individually
and in his official capacity
as Scott County Sheriff;
JOSEPH DEER, individually
and in his official capacity
as Scott County Deputy
Sheriff; KEITH VANRAVENSWAY,
individually and in his
official capacity as Scott
County Deputy Sheriff                         DEFENDANTS

## **ORDER**

      Currently before this Court is Defendants' Motion for Summary Judgment (Doc. 24) and Brief in Support (Doc. 25). After reviewing the pleadings and the evidence on file, including the Plaintiff's Response in Opposition to Motion for Summary Judgment (Doc. 31) and Brief in Support (Doc. 32), in the light most favorable to the nonmoving party as required, the Court finds that there are issues of material fact which preclude summary judgment.  Those include, but are not limited to, whether the Defendants subjectively believed they were responding to an emergency when their vehicle collided with the decedent's vehicle.  The Plaintiff alleges that the Defendants were not operating their vehicle as an emergency vehicle, as required by Arkansas Code Annotated § 27-51-202, because they

**AO72A**
**(Rev. 8/82)**

knew that the accident they were responding to was not an emergency, but they nevertheless proceeded to the accident scene with deliberate indifference to the safety of other drivers. (Doc. 1 ¶¶ 30, 32). Additionally, the Court finds that the Defendants are not immune from suit, or entitled to qualified immunity at this stage in the proceeding when crucial issues of material fact remain in dispute.

Accordingly, the Defendants' motion for summary judgment (Doc. 24) should be and hereby is **DENIED**. This case remains set for a jury trial on **July 14, 2008 at 9:00 A.M.**.

IT IS SO ORDERED this 9th day of June 2008.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**